UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Orlando Bouza

____Debtor____/

PROCEEDINGS UNDER CHAPTER 13
CASE NO: 23-10278--BKC-LMI

## NOTICE OF FUNDS BEING HELD BY ATTORNEY

The above-styled debtors (the "Debtor") by and through the undersigned counsel file counsel file this Notice of Funds Being Held By Attorney make the instant case current in the amount **of $1046.00** is being to held by the undersigned, and will be immediately submitted to

Nancy K. Neidich, Ch. 13 Trustee
PO Box 2099
Memphis, TN 38101-2099

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

**Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtors
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

__/s/ (FILED CM/ECF)__
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

**POSTAL MONEY ORDER**



Serial Number: 28252604823
Year, Month, Day: 2023-02-08
Post Office: 331521
U.S. Dollars and Cents: $350.00
Three Hundred Fifty Dollars and 00/100 **********
Clerk: 17
Pay to: Nancy Neidich
From: Orlando Modesto Bouza
Address: 2320 NW 62 St Apt 301
Miami, FL 33147
Memo: 19-15029 LMI
:000000800 2: 28252604823

**POSTAL MONEY ORDER**



Serial Number: 28252619796
Year, Month, Day: 2023-02-02
Post Office: 331521
U.S. Dollars and Cents: $696.00
Six Hundred Ninety Six Dollars and 00/100 ********
Clerk: 33
Pay to: Nancy Neidich
From: Orlando Modesto Bouza
Address: 2320 NW 62 St Apt 301
Miami, FL 33147
Memo: 19-15029 LMI
:000000800 2: 28252619796